

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00285-CR

| | | |
|---|---|---|
| Jerry P. Lundgren | § | From Criminal District Court No. 3 |
| | § | of Tarrant County (1226629D) |
| v. | § | June 19, 2014 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court with instructions that the trial court (1) modify its judgment to delete the felony repetition finding and the felony DWI conviction and to instead reflect a Class A misdemeanor DWI conviction (with the instant Tarrant County DWI Class B conviction enhanced by the unchallenged 2009 Tarrant County DWI Class B conviction) and (2) conduct a new trial on punishment.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot